No. 682.   GENERAL ELECTRIC CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 4th Cir.   Certiorari denied.   *William W. Sturges* for petitioner.   *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for National Labor Relations Board, and *Irving Abramson* and *Ruth Weyand* for International Union of Electrical, Radio & Machine Workers, AFL–CIO, et al., respondents.

No. 684.   MARKHAM ADVERTISING CO., INC., ET AL. *v.* ZAHN ET AL.   C. A. 9th Cir.   Certiorari denied.   *Alfred J. Schweppe* and *Thomas R. Beierle* for petitioners. *Slade Gorton,* Attorney General of Washington, *Robert J. Doran,* Deputy Attorney General, and *Delbert W. Johnson,* Special Assistant Attorney General, for respondents.

No. 685.   HARRIS *v.* PENNSYLVANIA TURNPIKE COMMISSION.   C. A. 3d Cir.   Certiorari denied.   *Theodore Kostos* for petitioner.

No. 686.   BUGDEN *v.* BUGDEN.   Sup. Ct. Ga.   Certiorari denied.   *Roland D. Hartshorn* for petitioner.

No. 689.   BOYLES *v.* MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.   *P. J. Townsend, Jr.,* for petitioner.

No. 691.   BAIRD *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Simon H. Rifkind, Jay H. Topkis, Thomas R. Farrell,* and *Boris Kostelanetz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.